# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| QUICKEN LOANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 2:15-cv-11408-MAG-RSW <br><br> District Judge: <br> MARK A. GOLDSMITH <br><br> Magistrate Judge: <br> R. STEVEN WHALEN |

## **NOTICE OF COMPLIANCE WITH CERTIFICATION REQUIREMENTS**

Defendants have filed a Motion to Dismiss or, in the Alternative, Transfer. *See* ECF No. 15.

I, Tamra T. Moore, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. *See* Order Regarding Defendants' Request for Extension of Page Limitation (May 28, 2015), ECF No. 16.

Dated: May 28, 2015                           Respectfully submitted,

                                        U.S. DEPARTMENT OF JUSTICE

LOCAL COUNSEL                                 BENJAMIN C. MIZER
                                        Principal Deputy Assistant Attorney General

BARBARA L. MCQUADE
United States Attorney                        LESLEY FARBY
                                        Assistant Branch Director

PETER A. CAPLAN
Assistant U.S. Attorney                          */s/ Tamra T. Moore*
211 W. Fort Street, Ste. 2001                 TAMRA T. MOORE
Detroit, MI 48226                             ARJUN GARG
(313) 226-9784                                Trial Attorney
P30643                                        U.S. Department of Justice
Email: peter.caplan@usdoj.gov                 Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., NW
                                        Washington, DC 20530
                                        Telephone: (202) 514-8095
                                        Facsimile: (202) 616-8460
                                        Emails: tamra.moore@usdoj.gov
                                                    arjun.garg@usdoj.gov

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I electronically filed the foregoing document using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

                                          */s/ Tamra T. Moore*
                                          TAMRA T. MOORE