# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| QUICKEN LOANS INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 2:15-cv-11408-MAG-RSW <br><br> District Judge: <br> Hon. Mark A. Goldsmith <br><br> Magistrate Judge: <br> Hon. R. Steven Whalen |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that plaintiff Quicken Loans Inc. hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on December 31, 2015 (Dkt. No. 32), including, without limitation, the Opinion and Order Granting Defendants' Motion to Dismiss (Dkt. No. 31) (Dec. 31, 2015).

Respectfully Submitted,

/s/ Jeffrey B. Morganroth
Jeffrey B. Morganroth (P41670)
**MORGANROTH & MORGANROTH, PLLC**
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Tel.:  248.864.4000
Fax.:  248.864.4001
jmorganroth@morganrothlaw.com

Thomas M. Hefferon
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC  20001
Tel.:  202.346.4000
Fax.:  202.346.4444
thefferon@goodwinprocter.com

Dated:  February 26, 2016         *Attorneys for Plaintiff Quicken Loans Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, I electronically filed the foregoing documents using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.


/s/ Jeffrey B. Morganroth
Jeffrey B. Morganroth