# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 05, 2017

Mr. Thomas M. Hefferon

Mr. Jeffrey Brian Morganroth

Mr. Michael S. Raab

Mr. Jeffrey Eric Sandberg

     Re: Case No. 16-1250, *Quicken Loans, Incorporated v. USA, et al*
       Originating Case No. : 2:15-cv-11408

Dear Counsel:

 The Court issued the enclosed Order today in this case.

         Sincerely yours,

         s/Amy E. Gigliotti
         Case Manager
         Direct Dial No. 513-564-7012

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 16-1250

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

QUICKEN LOANS, INCORPORATED

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; JULIAN CASTRO, in his official capacity as Secretary of the United States Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT OFFICE OF INSPECTOR GENERAL; DAVID A. MONTOYA, in his official capacity as Inspector General for the United States Department of Housing and Urban Development; U.S. DEPARTMENT OF JUSTICE; LORETTA E. LYNCH, U.S. Attorney General, in her official capacity as Attorney General of the United States Department of Justice

    Defendants - Appellees

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                            **ENTERED BY ORDER OF THE COURT**
                            Deborah S. Hunt, Clerk

Issued: January 05, 2017